# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY SUDNEY, | Case No. ED CV 19-175-DOC (SP) |
| Petitioner, | |
| v. | **JUDGMENT** |
| ADELANTO ICE FACILITY GEO GROUP, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: September 23, 2019

_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE